**Exhibit A to the Complaint**

**Location:** Wilton, CT

**Total Works Infringed:** 27

**IP Address:** 67.80.151.130

**ISP:** Optimum Online

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 4BFAADCEE4FEEAD169A0169DE211BD49EDEEB43D<br>File Hash:<br>A78889EA24E39648932677137B6EA1C5E471305B08B7F41A4C5D4CB848D67968 | 12-18-2023 17:34:11 | Vixen | 10-16-2018 | 10-28-2018 | PA0002130458 |
| 2 | Info Hash: 535FC3D60626C546AF5FD55517E8075BF69263B2<br>File Hash:<br>1CB88E6694A8F29AAA2A9497B6931688A8B383BA87455796DB0F8339980D6E29 | 12-13-2023 18:00:15 | Blacked Raw | 06-21-2018 | 07-26-2018 | PA0002112156 |
| 3 | Info Hash: F56D251D42E2192AAAA3CBF79AE2E834B8E49A42<br>File Hash:<br>BFB2F7BA49662B563D559FA77B28A62277AF2BBF79E2B373E832E234C87A7AC1 | 12-12-2023 18:29:29 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 4 | Info Hash: FC34AAA8F027DA5CB41BD12A77AC4C2247FB1810<br>File Hash:<br>F20132C6DE307CE4B42C1F22CA2C40EC2A6B876FF8924C7B1E1B9840176B196C | 12-12-2023 18:29:16 | Vixen | 09-29-2023 | 10-18-2023 | PA0002435610 |
| 5 | Info Hash: F665EA16A1AB5D30C6E87C073E93C0A04BC3FA85<br>File Hash:<br>515A8219216CDC2D785D7429CEB77BF44D1D4642A5FD3B5D5A6515BAF0F0BF3E | 12-12-2023 18:29:15 | Blacked | 02-05-2022 | 02-14-2022 | PA0002335503 |
| 6 | Info Hash: 73D3B35CFAC7C7CBDD503ABF0A30882B95984A9E<br>File Hash:<br>54219632716BF9AC07796CE60E8594712B0ACA588F8C13CC94A1F9AA2EF5FE8D | 12-06-2023 22:12:19 | Blacked | 05-10-2018 | 05-24-2018 | PA0002101376 |
| 7 | Info Hash: 7E93C03AAA08091DC8E1639C1E3A4B39979019A0<br>File Hash:<br>505AF69A9BFB36556D94F2F733383A1E7EE7363ECE2B056F05BFC46B7B8C8965 | 12-06-2023 21:02:18 | Vixen | 09-11-2018 | 10-16-2018 | PA0002127780 |
| 8 | Info Hash: FC155836E93B005AD1BCDB2DA2757BDE5FECA1D1<br>File Hash:<br>5B69D93C82A351A444B26BA2468126F0ED33E9C3839D094B0499B31A0BDA23C8 | 12-06-2023 20:35:51 | Blacked | 12-06-2018 | 12-18-2018 | PA0002141921 |
| 9 | Info Hash: 5543043B03C122BB5480C1F78DA2D948BB63BEB2<br>File Hash:<br>19569E66C26C6C69F21440B061136AF8877F9F2B99F3A5AAA8FEE2D9AA380A33 | 12-06-2023 20:27:32 | Blacked | 09-02-2017 | 09-15-2017 | PA0002052847 |
| 10 | Info Hash: 0A97FDE15FA4AA55014B743E2E885645294B1D77<br>File Hash:<br>2D5B01DE7A613473907D92E3C5CE90415D03F3EAC295CDB6A289BBFAD08D7F5A | 12-01-2023 22:27:23 | Vixen | 11-10-2018 | 11-25-2018 | PA0002136725 |
| 11 | Info Hash: 366EA433E6E8D92F67C13E4BC7581E83E646AD3B<br>File Hash:<br>B2D50BD8A773D7372354FE6343DA82F5DBF1C7B70256AD0FCACA4C803A238BC9 | 12-01-2023 22:27:16 | Vixen | 08-26-2022 | 10-05-2022 | PA0002373767 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 3F9D9C6A6AB57620BA86CBC299782956D2C15A3A<br>File Hash:<br>DA6F6CA058C213C8E561340115E904549CB23BDB4AB83FBDDEB8040974669882 | 11-29-2023<br>17:28:49 | Blacked Raw | 11-18-2018 | 12-10-2018 | PA0002146476 |
| 13 | Info Hash: 77A0ED0ABC3F55B87B5ACCF9B11D2CCA85D67F91<br>File Hash:<br>36499D2630D759156C8F7052AAF8D83CC8EC31B7230C0EC1F49C3D9ED493376F | 11-29-2023<br>17:11:30 | Blacked | 09-17-2018 | 10-16-2018 | PA0002127778 |
| 14 | Info Hash: CE9E507456359C63A9C31BB2F113C76F1A6452B3<br>File Hash:<br>A1AE4E91217176A2DAEAA96C934943653AC5EFDC62268F1C4AC27751419AA00F | 11-29-2023<br>17:08:52 | Blacked Raw | 06-26-2018 | 08-07-2018 | PA0002131867 |
| 15 | Info Hash: 2045279A2FFE52B05C6F44502AD282947AF7144B<br>File Hash:<br>4F12177BE0A4ECC70CAFCFF99EC5610ED9533415F39A05D13BA45AC5DA98307D | 11-29-2023<br>17:03:53 | Blacked | 10-22-2019 | 11-05-2019 | PA0002210294 |
| 16 | Info Hash: 2E35D1DFCCF96D478CAB034DFC0715664BA7F4DD<br>File Hash:<br>C4230143A2AD8F01C63706C50E2D71A7A83C8BC2A4E482EDE908854AC98D8243 | 11-29-2023<br>17:03:34 | Tushy | 06-15-2017 | 07-07-2017 | PA0002070815 |
| 17 | Info Hash: 0A2CED6A80772951B44561D6108AA88096E1A75C<br>File Hash:<br>AD0C19D98ADC2D360C74817D5001C71B166D4418D0269A52D597514BF3A144D6 | 11-25-2023<br>19:38:32 | Tushy | 03-17-2017 | 06-05-2017 | PA0002050765 |
| 18 | Info Hash: 05E61DE576E9F7784E36BC34106FEB44C727F4EE<br>File Hash:<br>DEB31B6AE4B59ADFDFF2A30C4B6D16A80DBDB0840F3FB62D5692E4D3A7FE0F85 | 11-25-2023<br>19:31:57 | Tushy | 10-15-2023 | 11-13-2023 | PA0002439634 |
| 19 | Info Hash: 22A9E8CA9EE8E1551B57AA1BDF11553DE20C2B74<br>File Hash:<br>3162F04E1174334945C1C355A2592C4EA75A9560CF2530E253ED4D18A2F35A47 | 11-01-2023<br>19:07:10 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 20 | Info Hash: 29619F73C4C3FF17F11C2948FCB210929A9756CA<br>File Hash:<br>2438A39540E30ECE952846AE763025424A5D1F8020E6F4C070DEF353F50A8413 | 11-01-2023<br>19:04:16 | Blacked | 09-27-2018 | 11-01-2018 | PA0002143428 |
| 21 | Info Hash: 69C9B292BC18E17368EE9EAB8F0A4CDBA61B60BA<br>File Hash:<br>CCD147C0794695B27F8D8C7AE3FC0080A772E9B86BADED0D99F7E001F3E69829 | 07-07-2023<br>23:06:29 | Blacked Raw | 07-06-2020 | 07-20-2020 | PA0002248962 |
| 22 | Info Hash: BEA3F713C85F20F62FE90741A87B482944C52E42<br>File Hash:<br>B17411036635ACD34B48C0B51E31AA65430F64DA388803601FDAB9BC5FAAD43F | 03-03-2023<br>03:03:48 | Tushy | 07-25-2017 | 08-11-2017 | PA0002046870 |
| 23 | Info Hash: 8AA35B136BAD524ABE532FF7416DCBEDF3D5C782<br>File Hash:<br>8F198D597802DA68E34FA5BCF8D9F4B9EAC2F19B1E474F1898480231B0458C0D | 11-06-2022<br>07:52:29 | Vixen | 12-15-2018 | 01-22-2019 | PA0002147905 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 3F358B52530413E4934D5BF69DA9512FD4A490DA<br>File Hash:<br>B19A72ADAA0E7982B35120A6CDA7DEB88120B00BD1AC2D9A3C6632AF8F5C73BA | 11-04-2022 03:09:32 | Slayed | 04-12-2022 | 06-09-2022 | PA0002361951 |
| 25 | Info Hash: 75DE166A6EB96CBA5CC6EDFDE05CA8FA76B63B48<br>File Hash:<br>52833D94DE839BC227BB54EE9005DA436254BF97988B5EFA73E91D52E9F1D0D0 | 09-23-2022 03:11:59 | Blacked Raw | 09-01-2022 | 11-24-2022 | PA0002388645 |
| 26 | Info Hash: FA9BE70B60100E1FB6497E88375FE7D0EF98520E<br>File Hash:<br>AD92321C10801AFD6B9212B454D582E6B792036B12C307A6350D67A7F7EB074F | 09-23-2022 03:11:56 | Blacked | 11-16-2018 | 11-25-2018 | PA0002136637 |
| 27 | Info Hash: 27BAD7B7BAE709FD4CA2B613F532AC8C772E9F94<br>File Hash:<br>2923F3067E4BF3F47E62AF432F567D2D3C0ABB4A23A0F09C6EFD1DA39B577131 | 09-23-2022 03:11:21 | Blacked | 09-03-2022 | 11-01-2022 | PA0002378069 |